IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.122.18.0

**ISP:** Optimum Online
**Physical Location:** Maywood, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/09/2016 04:12:17 | BAF082046FE11BCBB35FD0A6093AC2FE52DBBB37 | Connie True Love |
| 03/14/2016 16:21:23 | 5BCE8A33864C3C7FDE40DCEDE4B7C50A3E2F356E | Play Me |
| 12/20/2015 23:02:49 | 22E8249154FA25043AA3B758A2606336E5AB4DBD | Hot Winter Fox |
| 11/25/2015 02:23:36 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 11/23/2015 19:31:56 | 76AD4ED898A32A7C5BE908413F8581D8699F642A | Tickle My Pink |
| 08/31/2015 02:23:05 | 057868DBE8B6C4FF8EDFA26A9D259D74C9C3A158 | Constance Aaron X-Art on TV |
| 07/28/2015 18:19:59 | 0A494D34B67AC189A16B7C05589CE9198D3B799D | Seize The Moment |
| 07/26/2015 18:43:02 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 07/03/2015 14:05:26 | 6BE2169D7F4771B91A820211F6D6CD6346F2BA64 | Bound By Desire |
| 06/29/2015 18:10:11 | 15EBFAFC51D0A8B589F010EF119C3282D3522F4E | Maddy Me Crazy |
| 06/27/2015 03:08:44 | A25888FC673B2C7466530D9FA1FFF83BE56220E4 | Rub Me The Right Way |
| 05/19/2015 02:25:30 | 7A5C62D34B5CB8798332F5BFE789E4C53C2F4155 | Little China Girl |
| 05/14/2015 02:37:45 | 81EC95CD5299389B06D269AF7B6AC03FCC2C6536 | Cum Worthy |
| 05/14/2015 02:00:38 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 05/12/2015 12:52:26 | D1A210158BD861F65340F87FDDDB5BEA73958272 | Take Your Picture |
| 05/12/2015 12:51:13 | 143E187F72AE9BA9BC6DB821D56C08C6D7A8805A | Burning |
| 04/14/2015 18:20:39 | 048BE03E1D8A2BD6A35047641EBA9D7983118FE5 | UnBREElievable |
| 04/05/2015 22:59:38 | 0E715E6332A6E65246AD9321A11B408C91325779 | Take Me Now |
| 04/04/2015 01:27:28 | CD8514DB27AA41EEBDE014DCDBC8A27A218AE267 | Red Hot and Ready |
| 03/17/2015 03:01:32 | 22B1617676D5D76F497A384A4D3D26CCC9EDC285 | So Young |
| 03/17/2015 02:49:31 | CB7FE3E87A23E0CF682670DA4502B0400D961B92 | Enjoy the Ride |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

CNJ626